IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CAPITOL INDEMNITY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>REFLECTIONS ACADEMY, INC., MICHELLE MANNING, CHAFFIN PULLAN, and CAMERON PULLAN,<br><br>Defendants. | CV 21-57-M-DLC-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that one of the named Defendants is a former client of mine. Accordingly, I ask that this case be reassigned.

DATED this 10th day of May, 2021.

_Kathleen L. DeSoto_
Kathleen L. DeSoto
United States Magistrate Judge