IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| CAPITOL INDEMNITY CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>REFLECTIONS ACADEMY, INC., MICHELE MANNING, CHAFFIN PULLAN, and CAMERON PULLAN,<br><br>Defendants. | CV 21–57–DLC<br><br><br>ORDER |

Before the Court is Aubrey Kirkindall, Allanah Terrett, Grace Coppage, Justice Walls, Morgan Little, Casey Carhart, and Aleksandra Bonenko's ("Underlying Plaintiffs") Unopposed Motion to Intervene Pursuant to Rule 24(b)(1)(B). (Doc. 10.) The Motion states that the subject of the declaratory action is the Underlying Plaintiffs' lawsuit against Reflections Academy, Inc. (*Id.* at 1–2.) The Motion states that the Underlying Plaintiffs possess a substantial interest in the outcome of this action, and the matter involves common questions of law and fact. (*Id.* at 2.) Capitol Indemnity Corporation and Reflections Academy, Inc. do not oppose the motion. (*Id.*)

1

Both the Federal Rules of Civil Procedure and this District's Local Rules require a motion to intervene to "be accompanied by a pleading that sets out the claim or defense for which intervention is sought." Fed. R. Civ. P. 24(c); L.R. 24.1(b)(1)(C). Underlying Plaintiffs' Motion was accompanied by a proposed order, but it was not accompanied by a proposed pleading. (Doc. 10.) Accordingly, the Motion will be denied subject to renewal upon the filing of a motion to intervene accompanied by all required documents. L.R. 24.1(b)(2).

IT IS ORDERED that the Motion (Doc. 10) is DENIED subject to renewal.

DATED this 18th day of October, 2021.

Dana L. Christensen, District Judge
United States District Court