IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CAPITOL INDEMNITY CORPORATION,<br><br>     Plaintiff,<br><br>vs.<br><br>REFLECTIONS ACADEMY, INC., MICHELE MANNING, CHAFFIN PULLAN, and CAMERON PULLAN,<br><br>     Defendants,<br><br>and<br><br>AUBREY KIRKINDALL, ALLANAH TERRETT, GRACE COPPAGE, JUSTICE WALLS, MORGAN LITTLE, CASEY CARHART, and ALEKSANDRA BONENKO,<br><br>     Defendant-Intervenors. | CV 21–57–DLC<br><br><br>ORDER |

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 71.) Through the filing, the parties have notified the Court that they stipulate and agree that this matter may be dismissed with prejudice, with each party to bear its own costs and attorneys' fees. (*Id.* at 2.)

1

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

The Clerk of Court of Court is directed to close this matter.

DATED this 8th day of May, 2024.

_____
Dana L. Christensen, District Judge
United States District Court